UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ANGEL SIFUENTES, III,<br><br>            Plaintiff,<br><br>   v.<br><br>NAUTILUS, INC.,<br><br>            Defendant. | CASE NO. C21-5613JLR<br><br>ORDER |

This matter comes before the court on *pro se* Plaintiff David Angel Sifuentes, III's motion requesting the United States Marshals Service to serve the summons and second amended complaint on Defendant Nautilus, Inc. ("Nautilus"). (Mot. (Dkt. # 21).) Mr. Sifuentes is proceeding *in forma pauperis* ("IFP"). (Order Granting IFP Status (Dkt. # 3).) Upon an IFP plaintiff's request, "the officers of the court shall issue and serve all process." 28 U.S.C. § 1915(d). Federal Rule of Civil Procedure 4(c)(3) further provides, "[a]t the plaintiff's request the court may order that service be made by a United States marshal or deputy marshal or by a person specially appointed by the court. The court

ORDER - 1

must so order if the plaintiff is authorized to proceed in forma pauperis . . . ." Fed. R. Civ. P. 4(c)(3); *see also Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991) ("IFP plaintiff must request service of the summons and complaint by court officers before the officers will be responsible for effecting such service.").

Pursuant to Rule 4(c)(3), the court GRANTS Mr. Sifuentes's motion (Dkt. # 21) and ORDERS:

1) The Clerk to provide a copy of the second amended complaint (Dkt. # 8), the exhibit to the second amended complaint (Dkt. # 8-1), Mr. Sifuentes's declaration regarding the second amended complaint (Dkt. # 9), and the summons (Dkt. # 13), to the United States marshal or deputy marshal within five (5) days of the date of this order; and

2) The United States marshal or deputy marshal to serve Nautilus with a copy of the applicable summons and the complaint within 30 days of the date of this order.

Dated this 21st day of December, 2021.

JAMES L. ROBART
United States District Judge

ORDER - 2