UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID ANGEL SIFUENTES,<br><br>Plaintiff(s),<br><br>vs.<br><br>NAUTILUS INC,<br><br>Defendant. | No. 3:21-cv-05613-JLR<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**NOTED ON MOTION CALENDAR:**<br>**JUNE 3, 2022** |

COME NOW THE parties undersigned and stipulate and agree as follows:

Plaintiff David Angel Sifuentes agrees to dismiss all claims asserted, or that could have been asserted, against Defendant Nautilus, Inc., regarding the purchase of his BFX TC200 TREADCLIMBER from Defendant Nautilus, Inc., on November 15, 2017, all of which are the subject of this cause of action with prejudice and without an award of fees and/or costs.

Plaintiff David Angel Sifuentes further agrees to dismiss all appeals filed in the 9th Circuit Court of Appeals related to this cause of action with prejudice and without an award of fees and/or costs.

Defendant Nautilus, Inc., by and through its attorney undersigned, agrees to dismiss any motions pending against Plaintiff David Angel Sifuentes for Contempt and/or for Orders to Show

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE – 1
CAUSE NO.: 3:21-cv-005613

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE ● SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 ● (206) 689-8501 FAX

Cause for Sanctions, with prejudice and without an award of fees or costs upon Plaintiff David Angel Sifuentes execution and return of this stipulation to Defense counsel.

Defendant Nautilus, Inc., will present this stipulation and order to the court for entry and will provide Plaintiff David Sifuentes with a conformed copy upon entry.

Plaintiff David Angel Sifuentes and Nautilus, Inc., agree that this stipulation and order does not have any effect on claims that Plaintiff David Angel Sifuentes may have against Warrantech related to his purchase of an extended warranty from Warrantech for his BFX TC200 TREADCLIMBER that is the subject of this action.

Dated this 3rd day of June, 2022.

_____
Plaintiff David Angel Sifuentes

Dated this 3rd day of June, 2022.

_____
Mark A. Dietzler, WSBA #20765
Attorney for Nautilus, Inc.

Based upon the foregoing stipulation of the parties, it is hereby

ORDERED that all motions filed by any party herein are struck from the court docket without an award of fees and/or; it is further

ORDERED that Plaintiff David Angel Sifuentes claims against Defendant Nautilus, Inc., are hereby dismissed with prejudice and without an award of fees and/or costs.

DATED this 3rd day of June, 2022.

_____
JAMES L. ROBART
United States District Judge

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE – 2
CAUSE NO.: 3:21-cv-005613

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164

Presented by:

_____
Plaintiff David Angel Sifuentes

FORSBERG & UMLAUF, P.S.

_____
Martin J. Pujolar, WSBA #36049
Mark A. Dietzler, WSBA #20765
Attorneys for Defendant Nautilus Inc.

STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE – 3
CAUSE NO.: 3:21-cv-005613

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON 98164
(206) 689-8500 • (206) 689-8501 FAX